RICHARD A. MARSHACK, #107291   JS-6
rmarshack@marshackhays.com
GEORGE C. HUANG, #264500
ghuang@marshackhays.com
**MARSHACK HAYS LLP**
5410 Trabuco Road, Suite 130
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Appellee and Chapter 7 Trustee,
JEFFREY I. GOLDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | Case No. 2:11-CV-00734-VBF |
| **1124 MARILYN DRIVE DEVELOPMENT, LLC** | Judge: Honorable Valerie Baker Fairbank |
| **Debtor,** | **ORDER DISMISSING APPEAL** [FRBP 8001(c)(2)] |
| **SURJIT P. SONI and MILENA SONI,** Appellants. v. **JEFFREY I. GOLDEN, Chapter 7 Trustee,** Appellee. | |

The Court having read and considered the Stipulation to Dismiss Appeal ("Stipulation"), as executed by appellants Surjit P. Soni and Milena Soni (collectively, the "Sonis"), on the one hand and appellee Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of 1124 Marilyn Drive Development, LLC (the "Trustee"), on the other hand, by and through their respective counsel of record filed February 17, 2011, and having found good cause therefore, the Court hereby makes its order as follows:

/ / /

/ / /

41876v1/1012-001

1

1   IT IS HEREBY ORDERED that the appeal entitled Surjit P. Sni and Milena Soni
2   v. Jeffrey I. Golden, Chapter 7 Trustee, case number 2:11-CV-00734-VBF be, and the same
3   hereby is dismissed with prejudice and with each side to bear its own attorneys' fees and costs.
4
5
6   Dated:  February 18, 2011                    /s/ Valerie Baker Fairbank
                                                  _____
7                                                 DISTRICT JUDGE

2

41876v1/1012-001

## PROOF OF SERVICE OF DOCUMENT

*1124 Marilyn Drive Development LLC*

*Surjit P. Sonia & Milena Soni v. Jeffrey I. Golden, Chapter 7 Trustee*
2:11-CV-00734-VBF

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 5410 Trabuco Road, Suite 130, Irvine, CA 92620.

On **February 22, 2011**, I served the foregoing document described as ORDER DISMISSING APPEAL on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2011, at Irvine, California.

/s/ Layla Bergini
Layla Bergini

41876v1/1012-001

## SERVICE LIST

**Leo Edward Lundberg , Jr**
The Soni Law Firm
35 N Lake Ave Suite 720
Pasadena, CA 91101
*Counsel for Appellants, Surjit P. Soni*
*& Milena Soni*

**Michael Danton Richardson**
The Soni Law Firm
35 N Lake Ave Ste 720
Pasadena, CA 91101
*Counsel for Appellants, Surjit P. Soni*
*& Milena Soni*

**Thomas J Weiss**
Weiss & Hunt
1925 Century Park East Suite 2140
Los Angeles, CA 90067
*Counsel for Appellee 1124 Marilyn Drive Development LLC*
*Jeffrey I Golden Trustee*

41876v1/1012-001